**GAYLA R. MAY CSR, RPR**
**27th Judicial District Court**
**P. O. Box 747**
**Belton, TX 76513**
**(254) 933-5270**

August 17, 2015

Mr. Jeffrey D. Kyle, Clerk
Third District of  Texas
Court of Appeals
P. O. Box 12547
Capitol Station
Austin, TX 78711

      Re:  Trial Court No. 68919; State of Texas Vs. Tremaine Saunders;
        27th District Court,  Bell County, TX; Case No. 03-15-00273-CR

Dear Mr. Kyle:

In reference to the above-captioned cause, the filing date for the Reporter's Record was last Friday, August 14.  I am waiting on one reporter's record -- the jury trial -- and she notified me on Friday that she could not have it to me until this date:  Monday, August 17.  I replied to her it HAD TO BE today so I am waiting for her email with the PDF record.  I hope to have the complete record filed this evening.

Thank you for your continued assistance.

                Sincerely,

                Gayla R. May, CSR, RPR

cc: Mr. Bob Odom
    Mrs. Erika Copeland